AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| TAMARA WILLIAMS | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   1:17-cv-0670-WTL-DML |
| COOK INCORPORATED, COOK MEDICAL LLC, et als. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Tamara Williams

Date:   03/6/2017

/s Jeffrey S. Grand
*Attorney's signature*

Jeffrey S. Grand SBN# 4125803
*Printed name and bar number*

SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
*Address*

jgrand@seegerweiss.com
*E-mail address*

(973) 639-9100
*Telephone number*

(973) 639-9393
*FAX number*